CROCKER-WHEELER COMPANY, Respondent, *v.* GENESEE
RECREATION COMPANY, Appellant.

*Crocker-Wheeler Co.* v. *Genesee Recreation Co.*, 162 App. Div. 934,
modified.

(Argued May 24, 1917; decided June 5, 1917.)

APPEAL from a judgment entered April 7, 1914, upon
an order of the Appellate Division of the Supreme Court
in the fourth judicial department, which reversed an
order of the court at a Trial Term setting aside a verdict
in favor of plaintiff and granting a new trial and rein-
stated said verdict.   The relief sought was the recovery of
three generators sold on conditional sales contract by
plaintiff to the James McDonnell Company and subse-
quently transferred to the defendant.   Defendant's
amended answer set up as a defense that plaintiff failed
to file its conditional sales contract; that the defendant
was a *bona fide* purchaser for value without notice; that
the generators became a part of the realty subject to the
lien of a mortgage which at the time existed upon the
premises and that by foreclosure of the mortgage and a
sale thereunder and subsequent sales the real estate and
the generators passed to the defendant.

*Percival D. Oviatt* for appellant.

*Isaac Adler* for respondent.

Judgment modified by deducting therefrom interest
on $1,328 from December 25, 1907, to December 20,
1909, and as so modified affirmed, without costs; no
opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO,
McLAUGHLIN, CRANE and ANDREWS, JJ.